HATTIE KLOTZ, RESPONDENT, v. NEWARK PAVING COMPANY, APPELLANT.

Submitted July 3, 1914—Decided October 16, 1914.

On appeal from the Supreme Court, whose opinion is reported in 85 *N. J. L.* 432.

For the respondent, *John V. Laddey.*

For the appellant, *McCarter & English.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Swayze in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, TRENCHARD, PARKER, MINTURN, KALISCH, BLACK, BOGERT, VREDENBURGH, TERHUNE, WILLIAMS, JJ.   12.

*For reversal*—None.